JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROUNDEL, INC., an Illinois corporation; DEJAN TIMOTIJEVIC, an individual,<br><br>　　　　　　Defendants. | Case No. 8:24-cv-00121-FWS-DFM<br><br>**JUDGMENT** |

# JUDGMENT

On August 12, 2024, the court granted in part and denied in part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Plaintiff"), Motion for Default Judgment against Defendant Roundel Inc. and Defendant Dejan Timotijevic (collectively, "Defendants").  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Plaintiff and against Defendants in the amount of **$487,934.22**; which represents:
    a. Compensatory damages in the amount of **$434,820.00**;
    b. Prejudgment interest in the amount of **$39,426.29**;
    c. Attorney fees in the amount of **$13,084.93**; and
    d. Costs in the amount of **$603.00**.
2. The Clerk is **ORDERED** to enter this Judgment forthwith.

DATED:  August 12, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE